## Henning A. Hanson, Appellee, v. Simon Blatt, Appellant.

**Gen. No. 9,905.**

Heard in this court at the October term, 1943; opinion filed February 16, 1944. Hal M. Stone and Pallissard & Fleming, for appellant; Wallace J. Bell, Gerald A. O'Brien and William Greene, for appellee; William Greene, of counsel. Opinion by Presiding Justice Dove. Not to be published in full.